IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Jessica L. Sutton, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 8:07-378-HMH |
| ) | |
| vs. ) | **OPINION & ORDER** |
| ) | |
| Cherokee Creek Boys School, Inc., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Cherokee Creek Boys School, Inc.'s motion to enforce the settlement agreement. It appears that Jessica Sutton ("Plaintiff") agrees with the terms of the settlement except that she refuses to sign a confidentiality agreement. From the pleadings it appears that the Plaintiff did not explicitly reserve the right to speak publicly about the settlement. Apparently, the Plaintiff's counsel agrees that the Plaintiff assumed and understood that the settlement would be confidential. Therefore, it is

**ORDERED** that the settlement will remain confidential.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
September 16, 2008